MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: john.hemann@usdoj.gov

Attorneys for Plaintiff

FILED
FEB 21 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3-12-71282-MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME PURSUANT TO FED. R. CRIM. P. 5.1 AND 18 U.S.C. § 3161(h) |
| v. | |
| MIGUEL ARENAS, | |
| Defendant. | |

The parties, by and through counsel, stipulate and agree as follows:

1. The time limits in Fed. R. Crim. P. 5.1(c) shall be extended to and until March 15, 2013, and the hearing scheduled for February 21, 2013, vacated.

2. Counsel for the United States and the defendant wish to exchange certain information, and to meet and confer prior to the time of Indictment to discuss a potential resolution of the case. Counsel for the defendant believes based on the charge alleged in the Complaint that it is in the best interest of the defendant to obtain further information, consult with the defendant, and meet with the government prior to Indictment; counsel for the government believes that it is in the interests of justice to do so. The parties agree that extending the time limits of Rule 5.1

STIPULATION AND [PROPOSED] ORDER
Case No. 3-12-71282-MAG

1  serves the ends of justice and outweighs the interests of the public and the defendant in a speedy
2  trial, and that failing to extend the time limits would deny counsel for the government and the
3  defendant the reasonable time necessary for effective preparation, taking into account the
4  exercise of due diligence. 18 U.S.C. § 3161(h)(7).

5      3. The hearing scheduled for February 21, 2013, for defendant Arenas should be vacated.
6  The next court appearance in this case shall be March 15, 2013, 2013, at 9:30 am before the duty
7  magistrate in San Francisco, for preliminary hearing or indictment. The parties may seek further
8  extension of the time limits in Rule 5.1(c) by stipulation.

9      SO STIPULATED AND AGREED,

11  DATED:                                MELINDA HAAG
                                          United States Attorney

                                          /s/
                                          _____
                                          JOHN H. HEMANN
                                          Assistant United States Attorney


16  DATED:                                /s/
                                          _____
                                          RANDY SUE POLLOCK
                                          Counsel for Miguel Arenas

19  **[PROPOSED] ORDER**

20  Pursuant to stipulation, Fed. R. Crim. P. 5.1, and 18 U.S.C. § 3161(h)(7), IT IS SO
21  ORDERED.

23  DATED:
    2-21-13                               _____
                                          MARIA-ELENA JAMES
                                          United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
Case No. 3-12-71282-MAG