MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JOHN H. HEMANN  (CABN 165823)
Assistant United States Attorney

CAROLYN SILANE (NYBN 4596235)
Special Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: john.hemann@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR 13-0556 YGR |
|             ) | |
|     Plaintiff,       ) | **STIPULATION AND [PROPOSED] ORDER** |
|             ) | |
|     v.         ) | |
|             ) | |
| MIGUEL ARENAS,       ) | |
|             ) | |
|     Defendant.       ) | |
|             ) | |

   This matter is currently set for a change of plea on September 26, 2013.  On account of defense counsel's travel schedule, the parties are jointly requesting that the appearance be rescheduled to October 10, 2013.  The parties previously stipulated, and the Honorable Kandis Westmore so ordered that time be excluded from the Speedy Trial Act through October 10, 2013 in this case.  *See* Doc. No. 68.  Accordingly, the parties do not request any further exclusions of time.

//

//

1  SO STIPULATED:

2
3                                            MELINDA HAAG
                                             United States Attorney
4
5  DATED: September 24, 2013          _____/s/_____
                                             CAROLYN SILANE
6                                            Special Assistant United States Attorney

7
8  DATED: September 24, 2013          _____/s/_____
                                             RANDY SUE POLLOCK
9                                            Attorney for Miguel Arenas

10
11
         IT IS SO ORDERED.
12
13
   DATED:   September 25, 2013        _____
14                                           HON. YVONNE GONZALEZ ROGERS
                                             United States District Judge
15

STIPULATION & [PROPOSED] ORDER
CR 13-0556 YGR