1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  San Francisco, CA 94109
   Telephone: (510) 763-9967
4  Facsimile:  (510) 272-0711
   pollockesq@aol.com
5
   Attorney for Defendant
6  MIGUEL ARENAS, SR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

−ooo−

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MIGUEL ARENAS, SR.

    Defendant
_____/

CR. 13-00556-YGR [KAW]

**STIPULATION AND ~~PROPOSED~~ ORDER TO PERMIT OUT OF DISTRICT TRAVEL**
_____

    IT IS HEREBY STIPULATED AND AGREED by and between Randy Sue Pollock, counsel for Miguel Arenas, Sr. and John Hemann, Assistant United States Attorney, that Miguel Arenas, Sr. be permitted to travel from August 8, 2014-August 15, 2014 from the Central District of California, where he resides, to Nevada and Arizona. Mr. Arenas plans to travel with his family to Laughling, Nevada which borders California and Arizona.  This is a family vacation.

///

///

1  United States Pretrial Services in Oakland and Los Angeles have no objection to this
2  travel. Mr. Arenas has provided his travel information to Pretrial Services in Los Angeles
3  (Central District of California).

Date:   July 31, 2014          _____/s/_____
                               Randy Sue Pollock
                               Counsel for Defendant
                               Miguel Arenas, Sr.

Date:   July 31, 2014          _____/s/_____
                               John Hemann
                               Assistant United States Attorney

SO ORDERED:

  8/5   _, 2014               _____
                               United States Magistrate Judge