MICHAEL S. EVANS (State Bar No. 146748)
777 South Figueroa Street
37th Floor
Los Angeles, California 90017
(310) 545-8192 (Telephone)
(213) 402-2023 (Facsimile)
criminaldf@aol.com (Email)

Attorney for Defendant
MIGUEL ARENAS



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
1/11/2016

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 13-CR-556-YGR-4 |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE |
|  | ) | SENTENCING HEARING |
| v. | ) | AND ORDER |
|  | ) |  |
| MIGUEL ARENAS, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

TO THE HONORABLE YVONNE GONZALEZ ROGERS, UNITED STATES DISTRICT JUDGE:

The parties hereby stipulate and jointly request that the sentencing hearing in this matter currently scheduled for January 14, 2016 at 3:00 p.m. be continued to February 25, 2016 at 3:00 p.m.  The parties have entered into this stipulation because counsel for the Defendant needs additional time to prepare for sentencing.   In particular, counsel needs to obtain updated medical records for the Defendant.   Defendant's health is an issue counsel wants this Court to consider when determining the appropriate sentence in this case.   In addition, counsel needs time to complete the Defendant's sentencing memorandum.

///

1

DATED: January 8, 2016            _____/s/_____
MICHAEL S. EVANS
Attorney for Defendant
MIGUEL ARENAS

DATED: January 8, 2016            _____/s/_____
JOHN HEMANN
Attorney for Plaintiff
UNITED STATES OF AMERICA

Sentencing Hearing as to Defendant Miguel Arenas set for 1/14/2016 is CONTINUED to Thursday, 2/25/2016 at 3:00pm

IT IS SO ORDERED

/s/ Yvonne Gonzalez Rogers
Judge Yvonne Gonzalez Rogers
1/11/2016

2